FILE COPY

No. 07-14-00061-CR

| | | |
|---|---|---|
| Raheem Smith<br>    Appellant | § | From the 371st District Court<br>    of Tarrant County |
| | § | |
| v. | | October 27, 2015 |
| | § | |
| The State of Texas<br>    Appellee | § | Opinion by Justice Pirtle |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated October 27, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o